IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 4: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20026-01-Ma |
| | ) | |
| MARCELO HERNANDEZ-VANEGAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on September 1, 2005, the United States Attorney for this district appearing for the Government and the defendant, Marcelo Hernandez-Vanegas, appearing in person and with appointed counsel, Mr. J. Patten Brown, III.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Thursday, December 8, 2005 at 9:00 a.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 1st day of September, 2005.

_____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-8-05___

31

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 31 in
case 2:05-CR-20026 was distributed by fax, mail, or direct printing on
September 9, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT