IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20026-Ma

MARCELO HARNANDEZ-VANEGAS,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's December 13, 2005, motion to reset the sentencing of Marcelo Hernandez-Vanegas, which is presently set for December 14, 2005. For good cause shown, the motion is granted. The sentencing of defendant Marcelo Hernandez-Vanegas is **reset to Friday, December 30, 2005, at 9:30 a.m.**

It is so ORDERED this 14th day of December, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20026 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT