IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                      NO. 05-20026-Ma

MARCELO HERNANDEZ-VANEGAS,

    Defendant.

ORDER RESETTING SENTENCING DATE

Before the court is the defendant's December 28, 2005, motion to reset the sentencing of Marcelo Hernandez-Vanegas, which is presently set for December 30, 2005. For good cause shown, the motion is granted. The sentencing of defendant Marcelo Hernandez-Vanegas is **reset** to **Thursday, January 19, 2006, at 11:00 a.m.**

It is so ORDERED this 29th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20026 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT